AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:13-CR-372-HA-2 |
| DOMINGO RUIZ-ESPARZA | ) | |
| Defendant | ) | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/1/14

_Ruiz-Esparza Domingo_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Benjamin T. Andersen
Printed name of defendant's attorney

_[signature]_
Judge's signature

The Hon Ancer L. Haggerty, Senior U.S. District Judge
Judge's printed name and title

Translated to the best of my ability 4-1-14
_[signature]_
[TINA MACHUCA]