FILED01 APR '14 10:01USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR-372-HA-2 |
| v. | **INFORMATION** |
| DOMINGO RUIZ-ESPARZA, | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE |
| Defendant. | [21 U.S.C. § 841(a)(1), (b)(1)(C)] |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about July 22, 2013, in Marion County, Oregon, in the District of Oregon, **DOMINGO RUIZ-ESPARZA**, defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

Dated this __1st__ day of April 2014.

S. AMANDA MARSHALL
United States Attorney
District of Oregon

PAMALA R. HOLSINGER, OSB #892638
Assistant United States Attorney