Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510
f. 503.222.0569
btandersen@pacificnwlaw.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

*VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS*

*PARA EL DISTRITO DE OREGÓN*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　　　*Demandante,*<br>v.<br>Domingo RUIZ-ESPARZA<br>　　　　Defendant.<br>　　　　*Acusado.* | Case No.　　3:13-CR-372-HA-2<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER<br><br>*SOLICITUD DE DECLARACION DE CULPABILIDAD, CERTIFICADO DEL ABOGADO DEFENSOR Y FALLO QUE ASIENTA LA DECLARACION* |

　　The defendant represents to the court:

　　*El acusado manifiesta a juez que:*

　　1.　　My name is Domingo Ruiz-Esparza. I am 24 years old. I have gone to school up to and including __11th__ grade (U.S. equivalent).

　　2.　　*Mi nombre completo es Domingo Ruiz-Esparza. Tengo 24 años de edad. Asistí a la escuela hasta __11º__ grado (equivalente de los eeuu).*

　　3.　　My attorney is Benjamin Andersen.

PAGE 1 –　　United States v. RUIZ-ESPARZA, USDC Oregon Case No. 3:13-CR-372-HA-2
　　　　　　PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

    4.    *Mi abogado es Benjamín Andersen.*

    5.    My attorney and I have discussed my case fully. I have received a copy of the Information. I have read the Information, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge(s) alleged against me to which I am pleading "GUILTY" are as follows:

<u>Count 1 of the Information: Possession with intent to distribute methamphetamine.</u>

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

    6.    *Mi abogado y yo hemos hablado de todo lo relacionado a me caso. Recibí una copia del documento acusatorio de la fiscalía. Leí el documento acusatorio de la fiscalía o me lo leyeron, y lo hablé con mi abogado. Mi abogado me asesoró y me aconsejó en cuanto a la naturaleza de cada uno de los cargos, de toda infracción menoss grave subsumida y de las defensas que yo pudiera tener en este caso. Se me asesoró y entiendo que los elementos del cargo o de los cargos al que o a los que declaro "CULPABLE" son los siguientes:*

<u>*Punto 1 del documento acusatorio: posesión de metanfetaminas con intento de distribuir.*</u>

*Tuve plena y amplia ocasión de informar a mi abogado de todo lo que sé respecto a los hechos que conozco y se relacionan a mi caso. Sé que el juez podría preguntarme si estoy satisfecho con el asesoramiento prestado por mi abogado.*

7. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

8. *Sé que si me declaro "CULPABLE", tendré que contestar todas las preguntas que el juez me haga sobre el delito al que me declaro culpable. También sé que si contesto falsamente, bajo juramento, y en presencia de mi abogado, mis respuestas se pueden usar en mi contra en un procesamiento por perjurio o por haber jurado en falso.*

9. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days.

10. *No estoy bajo la influencia ni del alcohol ni de drogas. No padezco de ninguna lesión, enfermedad o incapacidad que afecte mi pensamiento o mi capacidad de razonar. No tomé ni drogas ni medicamentos en los últimos siete (7) días.*

11. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

12. *Sé que un fallo condenatorio por un acto ilícito puede tener consecuencias adicionales al encarcelamiento. Las consecuencias incluyen ser deportado o expulsado de*

*los Estados Unidos, o se me puede negar la naturalización si no soy ciudadano estadounidense; puedo perder el derecho de recibir subsidios federales; perder ciertos derechos civiles (lo que puede ser temporal o permanente, según la ley estatal o federal que corresponda) por ejemplo, el derecho de votar, de ocupar un cargo público, y de tener armas de fuego; y perder el derecho de trabajar en ciertas ocupaciones para las cuales se necesita una licencia del gobierno estatal o federal.*

13. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

14. *Sé que puedo declarar "NO CULPABLE" de todo acto ilícito del que se me acuse, y que puedo persistir en esa declaración si ya la hice. Sé que si me declaro "NO CULPABLE", la Constitución me garantiza:*

a. The right to a speedy and public triakl by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

a. *El derecho de tener un juicio público, sin demora y por un jurado constituido por doce personas durante el cual se asume que soy inocente a menos que y hasta que el gobierno compruebe mi culpabilidad f*[u]*era de* ~~toda~~ una *duda razonable y por el voto unánime de los doce integrantes del jurado.*

b. The right to have the assistance of an attorney at all stages of the proceedings;

b. *El derecho de que un abogado me ayude durante todas las etapas del proceso;*

c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

  *c. El derecho de utilizar la autoridad y capacidad del juez para exigir que se presenten pruebas, incluyendo la comparecencia de testigos a mi favor;*

  d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

  *d. El derecho de ver, escuchar, confrontar y contrainterrogar a todos los testigos de cargo.*

  e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

  *e. El derecho de decidir por mi mismo si declaro o no, y si decido no declarar, sé que no se puede inferir mi culpabilidad porque no declaré; y*

  f. The right not to be compelled to incriminate myself.

  *f. El derecho de que no se me pueda forzar a incriminarme.*

  15. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

  *16. Sé que si me declaro "CULPABLE", no habrá juicio ni ante un juez ni ante un jurado de doce personas, y que no podré apelar la denegación del juez de todo pedimento que yo hubiera presentado antes del juicio con respecto a asuntos o cuestiones que no estén relacionados a la competencia del tribunal.*

  17. In this case I am pleading "GUILTY" under Rule 11(c)(1)(B). My attorney has explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

  My plea of guilty is under Rule 11(c)(1)(B); therefore, although the judge will

consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those recommendations or agreements. If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

18. *En este caso, me declaro CULPABLE según la Regla 11(c)(1)(B). Mi abogado me explicó que la consecuencia de mi declaración según la Regla 11(c)(1)(B) es la siguiente:*

*Presento mi declaración de culpable según lo previsto por la Regla 11(c)(1)(B); por lo tanto, si bien el juez tomará en cuenta las recomendaciones y los acuerdos condenatorios a los que lleguen el fiscal y el abogado defensor; el juez no se ve obligado a cumplir con lo que se le recomiende o con los acuerdos. Si el juez impone una pena diferente a la que creía que iba a recibir bajo las condiciones de mi acuerdo de declamción de culpable con el fiscal, no tengo derecho a retirar mi declaración de culpable.*

19. I know the maximum sentence which can be imposed upon me for the crime to which I am pleading guilty is twenty (20) years in prison imprisonment and a fine of $1,000,000 (one million dollars US).

20. *Sé que la pena máxima que se me puede imponer por el delito al que me declaro culpable es veinte (20) años de encarcelamiento y una multa de $1.000.000 (un millon de dólares norteamericanos).*

21. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

22. *Sé que el juez, además de cualquier otra sanción, ordenará el pago de un arancel judicial de $100 por cada cargo del que se me falle culpable, conforme a la ley.*

23. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

24. *Sé que si se me ordena pagar una multa y me niego a pagarla deliberadamente, me podrían hacer regresar frente al juez, quien podría aumentar el saldo impago de la multa considerablemente, y se me puede encarcelar por un plazo de hasta un año.*

25. My attorney has discussed with me the Federal Sentencing Guidelines. I know the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in title 18, United States Code, Section 3553(a), including, but not limited to: the nature and circumstances of the offense, my own history, and characteristics, the goals of sentencing (punishment, deterrence, protection, and rehabilitation), and the sentencing range established by the advisory Guidelines. If my attorney or any other person has calculated a guideline range for me, I know that this is only advisory, and is only one of the factors that the judge will consider in making a final decision as to what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraphs 19 and 20 above.

26. *Mi abogado me habló de las Pautas Penales Federales. Sé que las pautas son recomendaciones y no son obligatorias. También sé que el juez, para determinar la condena a imponerse, tiene que considerar los factores que presenta el Art. 18, Código federal, Sección 3553(a), lo que incluye (pero no se ve limitado a) la índole y las circunstancias de la infracción, mis antecedentes y características, los propósitos de las penas (castigo,*

*disuasión, protección y readaptación) y los limites condenatorios que establecen las pautas en su calidad de recomendaciones. Si mi abogado, u otra persona, calculó los limites de las pautas en mi caso sé que sólo se trata de una recomendación y que es sólo uno de los factores que considerará el juez al tomar la decisión final en cuanto a la condena a imponerse. También sé que un juez no me puede sentenciar a un plazo mayor al castigo máximo indicado en párrafos 19 y 20 de la presente.*

27. I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison, I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

28. *Por las conversaciones que tuve con mi abogado, sé que según las Pautas Penales Federales, si me condenan a ser encarcelado, tendré que cumplir toda la condena que se me imponga menos el tiempo que se me descuente por observar buena conducta en la prisión. La rebaja de la condena que puedo obtener por Buena conducta es a razón de 54 días por año de prisión cumplido. La rebaja por buena conducta no corresponde a condenas de un año o menos.*

29. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, the law requires a term of supervised release of not more than three (3) years. If I violate the conditions of supervised release, I may be sent back to prison for up to two (2) years (18 U.S.C. 3583(e)(3)).

PAGE 8 –   United States v. RUIZ-ESPARZA, USDC Oregon Case No. 3:13-CR-372-HA-2
PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

30.  *Sé que si se me condena a ser encarcelado, el juez impondrá un plazo de libertad supervisada a cumplirse después de cumplir la condena de prisión. Durante ese plazo estaré bajo la supervisión de un agente de libertad condicional, según las condiciones fijadas por el juez. En mi caso, la ley estipula un plazo de libertad supervisada de, por lo menos, trés (3) años. Si no cumplo con las condiciones de mi libertad supervisada, se me podría hacer regresar a la cárcel por un plazo de hasta dos (2) años (18 U.S.C. 3583(e)(3)).*

31.  I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

32.  *Sé que además de o en vez de toda otra sanción, el juez puede ordenar que pague indemnización a las víctimas de todo delito del que me declaro culpable. También sé que, en el caso de ciertos delitos de violencia y de delitos que incluyen fraude o engmlo, el juez tiene la obligación de imponer indemnización en la cantidad total de toda pérdida o dmlo económico causado por una infracción. Si se impone la orden de indemnización, la víctima puede utilizar dicha orden para obtener un embargo mediante una sentencia en lo civil. La fiscalía federal puede hacer cumplir la orden de indemnización por veinte (20) años a partir*

*de la fecha en que salí de la cárcel, o, si no me encarcelan, veinte (20) años a partir de la fecha en que se asentó el fallo. Sí me niego a pagar la indemnización que ordenó deliberadamente, el juez puede volver a condenarme a toda condena que pudiere haber impuesto inicialmente.*

33. On any fine or restitution in an amount of $2,500 or more, I know that I may be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

34. *Sé que puede ser obligado a pagar intereses respecto a una multa o indemnización de $2,500 o más, a menos que la multa o la indemnización se pague en los primeros quince (15) días a partir de la fecha en que se asentó el fallo.*

35. If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

36. *Si estoy bajo condena condicional, libertad condicional o libertad supervisada en algún otro caso estatal o federal, sé que al declararme culpable en este tribunal se podría revocar la condena condicional, libertad condicional o libertad supervisada y se me puede ordenar que cumpla la condena de ese caso en forma sucesiva, es decir, además de la condena que se me imponga en este tribunal*

37. If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

38. *Si tengo otro caso pendiente en algún tribunal estatal o federal, sé que mi solicitud y mi acuerdo declaratorio en este caso no corresponden al otro caso (o a los otros casos) si no existe un acuerdo expreso y por escrito, y que podría enfrentar condenas de encarcelamiento consecutivas.*

39. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and understand the Plea Agreement.

40. *Mí declaración de "CULPABLE" se hace según el acuerdo declaratorio que hice con el fiscal federal. El acuerdo declaratorio se adjunta y forma parte de esta solicitud. Leí o me leyeron el acuerdo declaratorio y lo entiendo.*

41. The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made tome by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

42. *El acuerdo declaratorio contiene el único acuerdo que hay entre el gobierno y yo. Ningún functionario o agente de ninguna rama del gobierno (federal, estatal o local) ni nadie más me prometió o me sugirió que recibiré un plazo de cárcel que sea menor, o condena condicional, o algún otro tipo de tratamiento lenitívo si me declaro "CULPABLE", con la excepción de lo indicado en el acuerdo declaratorio. Sé que no puedo contrar con ninguna*

*promesa o sugerencia que me hiciera ningún agente o funcionario del gobierno que no esté escrita en el acuerdo declaratorio, o que no se presente al juez, en mi presencia, en pleno tribunal cuando se asiente mi declaración de culpable.*

43.  My plea of "GUILTY" is not the result of force, threat, or intimidation.

44.  *Mi declaración de "CULPABLE" no se debe al uso de fuerza, amenazas o intimidación.*

45.  I hereby request that the judge accept my plea of "GUILTY" to the following count:

**Count 1 of the Information: Possession of methamphatamine with the intent to distribute**

46.  *Por la presente solicito al juez que acepte mi declaración de "CULPABLE" al siguiente cargo:*

**El punto 1 del documento acusatorio: posesión de metanfetaminas con intento de distribuir.**

47.  I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

**On July 22, 2013, I intentionally facilitated the possession with intent to distribute of methamphetamine, a Schedule II controlled substance.**

48.  *Sé que, antes de aceptar mi declaración de "CULPABLE" el juez debe quedar satisfecho de que ocurrió un delito y que yo lo cometí. Con respecto a los cargos o al cargo al que me declaro culpable, manifiesto que cometí los siguientes actos y que los siguientes*

PAGE 12 –    United States v. RUIZ-ESPARZA, USDC Oregon Case No. 3:13-CR-372-HA-2
             PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

*hechos son ciertos:*

**El 22 de julio de 2013, yo intencionalmente facilitado la posesión con intención de distribuir de la metanfetamina, una sustancia controlada de la Lista II..*

49. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

50. *Me declaro "CULPABLE" libre y voluntariamente y con total conocimiento de las alegaciones expuestas en el documento acusatorio de la fiscalía, y con el total conocimiento de las declamciones expuestas en esta solicitud y en el certificado de mi abogado, el que se adjunta a la presente.*

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this 31st day of March, 2014.

*FIRMADO por mi en presencia de mi abogado, después de leer (o después de escuchar) todos los párrafos y páginas de la presente el día 31 del mes de marzo de 2014.*

                                    _Ruiz Esparza Domingo._
                                    Domingo Ruiz-Esparza
                                    Defendant/*Acusado*

PAGE 13 –    United States v. RUIZ-ESPARZA, USDC Oregon Case No. 3:13-CR-372-HA-2
              PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

*VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS*

*PARA EL DISTRITO DE OREGÓN*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>*Demandante,*<br>v.<br>Domingo RUIZ-ESPARZA<br>Defendant.<br>*Acusado.* | Case No.   3:13-CR-372-HA-2<br><br>CERTIFICATE OF COUNSEL<br><br>*CERTIFICADO DEL ABOGADO DEFENSOR* |

The undersigned, as attorney for defendant Domingo Ruiz-Esparza, hereby CERTIFIES:

*El que suscribe, abogado defensor de Domingo Ruiz-Esparza, por la presente CERTIFICA QUE:*

1. I have fully explained to the defendant the allegations contained in the Indictment in this case, any lesser-included offense (s), and the possible defenses which may apply in this case.

*1. Le explique detalladamente al acusado las alegaciones del documento acusatorio de la fiscalia en este caso, toda infracción menor subsumida, y las defensas posibles que podrían corresponder a este caso.*

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

2.  *Examine personalmente la solicitud para presentar declaración de culpabilidad y el fallo que la asienta adjuntos; le explique al acusado todo lo ahi previsto y hable detalladamente con él sobre todos los asuntos descritos y mencionados en la solicitud en cuestión.*

3.  I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

3.  *Le explique al acusado la pena maxima al igual que otras consecuencias de presentar una declaración de culpable, descritas en la solicitud, y tambien le explique las Pautas Penates Federates pertinentes a su caso.*

4.  I recommend that the Court accept the defendant's plea of "GUILTY."

4.  *Recomiendo que el juez acepte la declaración de "CULPABLE" del acusado.*


SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this 31st day of March, 2014.

FIRMADO por mi en presencia del acusado, y despues de hablar detalladamente con él del contenido de la solicitud para presentar declaración de culpabilidad, y de todo acuerdo declaratorio, el dia 31 del mes de marzo de 2014.

---
Benjamin T. Andersen
Attorney for Defendant
*Abogado defensor*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

*VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS*

*PARA EL DISTRITO DE OREGÓN*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　　　*Demandante,*<br>v.<br>Domingo RUIZ-ESPARZA<br>　　　　　Defendant.<br>　　　　　*Acusado.* | Case No.　　3:13-CR-372-HA-2<br><br>ORDER<br><br>*FALLO* |

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime to which the defendant has pled guilty.

*Determino que la declaración de CULPABLE del acusado se hizo en forma libre y voluntaria, y no par ignorancia, miedo, inadvertencia o coercion. Asi mismo determino que el acusado admitó los hechos que compmeban cada uno de los elementos necesarios del delito a los que se declará culpable*

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

*POR LO TANTO SE ORDENA que se acepte y asiente la declaracion de CULPABLE presentada par el acusado tal y como lo pide en la solicitud y lo recomienda su abogado en su certificado.*

DATED this first day of April 2014, in open court.

*CON PECHA DE: primer dia del mes de abril de 2014, en plena tribunal.*

_____
Ancer L. Haggerty
United States District Judge
*Juez del Tribunal Federla de Primera Instancia*